JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JOSEPH VICTOR LAGANA,<br><br>Petitioner,<br><br>v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA, SUPERIOR COURT, AND SHERIFF IAN PARKINSON,<br><br>Respondents. | No. CV 19-01360-DOC (JDE)<br><br>JUDGMENT |

Pursuant to the Order Summarily Dismissing Petition Based on the Younger Abstention Doctrine,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

Dated: April 11, 2019

*David O. Carter*
DAVID O. CARTER
United States District Judge